## Fourth Department, April, 1914.

Gerald Scully, by His Guardian ad Litem, T. Edward Scully, Respondent, v. Village of Angola, Appellant.— Judgment and order affirmed, with costs. All concurred.

Helen Hastings, Respondent, v. New York State Railways, Appellant.— Judgment and order affirmed, with costs. All concurred.

International Text Book Company, Appellant, v. Richard J. Tone, Respondent.— Judgment affirmed, with costs. All concurred.

Hannah C. Dennin, Respondent, v. Hiram R. Wood and Others, as Executors, etc., and Others, Appellants, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, that the personal representatives of the several deceased joint tort feasors may not be joined as parties defendants in one action. All concurred, except Robson, J., who dissented.

Hannah C. Dennin, Appellant, v. Thomas W. Finucane and Others, Respondents, Impleaded with Others.— Order modified by striking out the paragraph of the order numbered "sixth," and by striking out the words "and the means through which" from the paragraph of the order numbered "ninth," and all of the following paragraph, which provides that for failure to serve bill of particulars plaintiff shall be precluded from giving evidence, etc. And as so modified the order is affirmed, without costs of this appeal to either party. All concurred.

John F. Brayer, Appellant, v. Lily B. M. Fenn, as Executrix, etc., Respondent, and Thirty-six Other Actions against the Same Defendant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kruse, P. J., who dissented upon the ground that even if the original papers were defective the supplemental affidavit supplied the defects and insufficiencies and should have been received and considered, as provided by section 768 of the Code of Civil Procedure, as amended in 1911.*

Frank Taylor, Appellant, v. Lily B. M. Fenn, as Executrix, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kruse, P. J., who dissented.

Joseph S. Ferris, as Administrator, etc., Respondent, v. Sarah E. Sterling, as Executrix, etc., Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote and Merrell, JJ., who dissented upon the ground that assuming that defendant's testator owned the automobile and that his son Oscar F. Sterling was at the time of the accident in his general employ and was negligent, it does not appear that at the time of the accident the son was engaged in his employer's business, but on the contrary it appears that the said Oscar F. Sterling was then driving the car for his own pleasure and recreation, and his employer was not answerable for his negligence.

Mary Capela, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.